# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146452

ACORN INVESTMENT CO.,
      Plaintiff-Appellant,

v

SC: 146452
COA: 306361
Wayne CC: 07-726774-CZ

MICHIGAN BASIC PROPERTY INSURANCE
ASSOCIATION,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 27, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address whether the Wayne Circuit Court judgment in this case amounted to a "verdict" that entitled the plaintiff to case evaluation sanctions under MCR 2.403(O)(2)(c). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2013



Clerk

s0604